United States Bankruptcy Court

Central District of California

In re:                                                                                                        Case No. 21-15204-BB
Allora Holdings, LLC                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 16, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Allora Holdings, LLC, 2431 Santa Fe Avenue, Los Angeles, CA 90058-1113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021                                       Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Shamash | on behalf of Debtor Allora Holdings  LLC cs@locs.com, generalbox@locs.com |
| Robert M Saunders | on behalf of Other Professional Jordi Guso rsaunders@pszjlaw.com  rsaunders@pszjlaw.com |
| Timothy Yoo (TR) | tjytrustee@lnbyb.com  tjy@trustesolutions.net |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| 1 | Robert M. Saunders (CA Bar No. 226172)<br>PACHULSKI STANG ZIEHL & JONES LLP |
| 2 | 10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067 |
| 3 | Telephone: 310/277-6910<br>Facsimile: 310/201-0760 |
| 4 | E-mail: rsaunders@pszjlaw.com |

**FILED & ENTERED**

AUG 16 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

5  Local Counsel for Marta Alfonso, not individually but
   solely as receiver for MasQd, LLC
6
   -and-
7
8  Jordi Guso (FL Bar No. 863580) (admitted *pro hac vice*)
   BERGER SINGERMAN, LLP
9  1450 Brickell Avenue, Suite 1900
   Miami, FL 33131
10 Telephone: 305/714-4375
   Facsimile: 305/714-4340
11 E-mail: jguso@bergersingerman.com

12 Counsel for Interested Party, Marta Alfonso, not
   individually but solely as receiver for MasQd, LLC
13

14

15                    **UNITED STATES BANKRUPTCY COURT**

16         **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

17

| | | |
|---|---|---|
| 18 | In re | Case No.: 2:21-bk-15204-BB |
| 19 | ALLORA HOLDINGS, LLC, | Chapter 7 |
| 20 | Debtor. | |
| 21 | | **ORDER GRANTING MOTION OF MARTA ALFONSO, NOT INDIVIDUALLY BUT SOLELY AS RECEIVER FOR MASQD, LLC, FOR ORDER AUTHORIZING THE EXAMINATION OF JALEH FACTOR, MANAGING MEMBER OF THE DEBTOR, PURSUANT TO FED. R. BANKR. P. 2004** |
| 25 | | **[FED. R. BANKR. P. 2004 AND L.B.R. 2004-1]** |
| 27 | | **[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)]** |
| 28 | | |

DOCS_LA:339269.5 02929/001                          1

On August 12, 2021, Marta Alfonso, the Florida Court-appointed receiver (the "Receiver") for MasQd, LLC ("MasQd"), filed her Notice of Motion and Motion of Marta Alfonso, Not Individually But Solely as Receiver for Masqd, LLC, for Order Authorizing the Examination of Jaleh Factor, Managing Member of the Debtor Pursuant to Fed. R. Bankr. P. 2004 (the "Motion")[1] [Docket No. 14]. The Court has considered the Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Marta Alfonso, Jordi Guso and Robert M. Saunders in support of the Motion, and the exhibit thereto. Based on its review and consideration, the Court finds that (i) notice of the Motion was adequate and appropriate, and no further or other notice need be given; (ii) the authority requested by the Receiver to issue a subpoena substantially in the form identified in the Motion is appropriate; and (iii) good cause exists to grant the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** in its entirety;

2. Factor shall produce the documents identified in Exhibit "A" of the Motion by no later than **August 30, 2021**, and that such documents be produced electronically by email to jguso@bergersingerman.com and rsaunders@pszjlaw.com.

3. Factor shall appear for examinations, under oath, on **September 9, 2021 at 10:30 a.m.,** Pacific Time, with the examination to take place via "zoom.us" or similar service, and the instructions for log on shall be provided to Factor's attorney by email at cs@locs.com no later than **September 7, 2021.**

4. The Receiver is authorized, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 2004-1, to issue and serve a subpoena in the form attached to the Motion to compel the attendance of the Factor and compel the production of documents identified in the Motion from the Proposed Examinee, and compel the appearance of Factor for testimony;

---

[1] Capitalized terms used herein shall have the same meanings ascribed to them in the Motion.

5. The Receiver shall serve the Rule 2004 Subpoena and a copy of this Order on (i) Factor; (ii) counsel for Factor; (iii) Debtor; (iv) counsel for the Debtor, (v) United States Trustee for the Central District of California; and (vi) Timothy Yoo, Trustee.

6. The Receiver shall file with the Court an affidavit or declaration of service of the Rule 2004 Subpoena;

7. The party on whom the Rule 2004 Subpoena for production is served is directed to produce all responsive documents when compliance is due subject to any documents withheld under a claim of privilege;

8. If the witness withholds production of any documents to the Receiver based upon a claim of privilege, such witness is directed to provide counsel for the Receiver with a privilege log containing the information required under Bankruptcy Rule 7026(a)(5) no later than the date production is due (unless otherwise agreed by the Receiver);

9. In the event of any discovery dispute in relation hereto, counsel shall first meet and confer in an effort to resolve the dispute in accordance with Local Bankruptcy Rule 7026-1(c);

10. This order is without prejudice to the Receiver's right to file further motions seeking additional documents and testimony pursuant to Bankruptcy Rule 2004(a) or any other applicable Bankruptcy Rules; and

11. This Court shall retain jurisdiction to resolve any dispute arising from or related to this order, including any discovery disputes that may arise between or among the parties, and to interpret, implement and otherwise enforce the provisions of this order.

###

Date: August 16, 2021

Sheri Bluebond
United States Bankruptcy Judge