Wesley H. Avery, Esq. CLS-B (SBN 155724)
Lucy Mavyan, Esq. (SBN 260811)
**LAW OFFICES OF WESLEY H. AVERY, APC**
758 E. Colorado Blvd. # 210
Pasadena CA 91101
Telephone No. (626) 395-7576
FAX No. (661) 430-5467

(Proposed) Attorney for Timothy Yoo, chapter 7 trustee



FILED & ENTERED

SEP 29 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ALLORA HOLDINGS, LLC, a Delaware limited liability company,<br><br>Debtor.<br><br>TID 82-2007583 | Case No. 2:21-bk-15204-BB<br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY COUNSEL [11 U.S.C. § 327(a), FED. R. BANK. P. 2014 and LOC. BANKR. R. 2014-1]**<br><br>Date:     [To be determined]<br>Time:    [To be determined]<br>Place:   U.S. Courthouse<br>            Courtroom 1539<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |

Based upon the record before the Court, including the Trustee's Application to Approve the Employment of The Law Offices of Wesley H. Avery, APC ("LOWHA"), as the Trustee's counsel (the "Application"), the failure of any party in interest to file any Objection and/or Request for Hearing in response to the Trustee's Application, the Declaration of Trustee's counsel re non-opposition to the Application filed concurrently herewith, and other good cause appearing therefor, it is hereby,

**ORDERED** that the Trustee's Application to Approve the Employment of LOWHA as his counsel is **GRANTED**; and it is hereby further

1      **ORDERED** that the proposed employment of LOWHA as the Trustee's counsel effective

2 **August 23, 2021**, is **APPROVED** under 11 U.S.C. § 327(a).

3                                  ###

Date: September 29, 2021

Sheri Bluebond
United States Bankruptcy Judge