Wesley H. Avery, Esq. CLS-B (SBN 155724)
Lucy A. Mavyan (SBN 260811)
**LAW OFFICES OF WESLEY H. AVERY, APC**
758 E. Colorado Blvd. Ste. 210
Pasadena, CA 91101-2105
(626) 395-7576 (office)
(661) 430-5467 (fax)

Attorney for Timothy Yoo, chapter 7 trustee



**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ALLORA HOLDINGS, LLC, a Delaware limited liability company,<br><br>Debtor.<br><br>TID 82-2007583 | Case No. 2:21-bk-15204-BB<br>Chapter 7<br><br>**ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSY [Fed. R. Bank. P. 9019 and LBR 9013-1(o)]**<br><br>(No hearing required) |

    The Court has reviewed the motion filed as Document # 49 on December 27, 2021 (the "Motion") by Timothy Yoo, the duly appointed and acting chapter 7 trustee of the bankruptcy estate of the above-captioned debtor Allora Holdings, LLC, a Delaware limited liability company, in Case No. 2:21-bk-15204-BB.  By the Motion, the Trustee seeks Court approval of a compromise of controversy as documented in that written agreement (the "Agreement") a true and correct copy of which was attached to the Motion as Exhibit A.

1  **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Agreement is
2  **APPROVED.**
3
4                                             ####
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  Date: January 20, 2022
24                                                  Sheri Bluebond
                                                    United States Bankruptcy Judge
25
26
27
28

2